

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-13-00460-CV

Chad **THOMPSON**,
Appellant

v.

**CITY OF WACO, TEXAS** and Fire Chief John D. Johnston,
Appellees

From the 414th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-3519-5
Vicki Lynn Menard, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered Appellee's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court